tion for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Mr. Francis L. Driscoll* for petitioners. *Messrs. N. A. Townsend* and *Richard P. Whiteley* for respondent.

No. 253. HIGGINS *v.* COMMISSIONER OF INTERNAL REVENUE. October 14, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Messrs. Selden Bacon* and *Orwill V. W. Hawkins* for petitioner. *Mr. N. A. Townsend* for respondent.

No. 257. HORMEL *v.* HELVERING, COMMISSIONER OF INTERNAL REVENUE. October 14, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit granted. *Mr. R. C. Alderson* for petitioner. *Mr. N. A. Townsend* for respondent.

No. 274. MAASS, SOLE SURVIVING EXECUTOR, *v.* HIGGINS, COLLECTOR OF INTERNAL REVENUE. October 14, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Mr. Wilbur C. Davidson* for petitioner. *Solicitor General Biddle, Assistant Attorney General Clark,* and *Messrs. Sewall Key* and *Lee A. Jackson* for respondent.

No. 291. EQUITABLE LIFE INSURANCE Co. *v.* HALSEY, STUART & Co. October 14, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Messrs. Joseph G. Gamble* and *Alden B. Howland* for petitioner. *Messrs. Edward R. Johnston*